

## NUMBER 13-08-00377-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

**BOB MAXCEY, M.D. AND**
**MICHAEL G. NERET, M.D.,**                                                                 **Appellants,**

**v.**

**DORIS MCGEE,**                                                                                  **Appellee.**

---

**On appeal from the 23rd District Court of Matagorda County, Texas.**

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez, Justices Yañez, and Vela**
**Memorandum Opinion Per Curiam**

Appellant, Bob Maxcey, M.D. and Michael G. Neret, M.D., perfected an appeal from a judgment entered by the 23th District Court of Matagorda County, Texas, in cause number 07-H-0475-C. Appellant, Bob Maxcey, M.D., has filed a motion to dismiss his appeal, on grounds that the parties have reached an agreement to settle and compromise

their differences.  Appellant, Michael G. Neret, M.D., has also filed a motion to dismiss his appeal.

The Court, having considered the documents on file and appellants' motions to dismiss the appeal, is of the opinion that the motions should be granted.  *See* TEX. R. APP. P. 42.1(a).  Both appellants' motions to dismiss are granted, and the appeal is hereby DISMISSED.  In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").  Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


PER CURIAM


Memorandum Opinion delivered and
filed this the 9th day of October, 2008.